**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENTLEY MILLS INC., | No. 2:23-cv-06892-JAK (SKx) |
| Plaintiff, | **ORDER RE JUDGMENT** |
| v. | **JS-6 CASE TERMINATED** |
| KOLAY FLOORING INTERNATIONAL, LLC, et al., | |
| Defendants. | |

1

1   **JUDGMENT IS HEREBY ENTERED** as follows:

2   Judgment is entered in favor of Plaintiff, Bentley Mills, Inc., and against Defendant, Kolay Flooring International, LLC, in the total amount of $288,000, which takes into account the $12,000 in payments to Bentley Mills, Inc., already made by Kolay Flooring International, LLC.

**IT IS SO ORDERED.**

Dated:  November 18, 2024    _____

John A. Kronstadt

United States District Judge

2